**SIGNED.**

**Dated: December 16, 2009**



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MURPHY RAY KITTRELL, JR., | ) No. 4:09-bk-08537-JMM |
| | ) **ORDER APPROVING DISCLOSURE** |
| | ) **STATEMENT AND FIXING TIME FOR** |
| | ) **FILING ACCEPTANCE OR REJECTION** |
| Debtor. | ) **OF PLAN, COMBINED WITH NOTICE** |

**TO ALL CREDITORS, EQUITY SECURITY HOLDERS, AND OTHER PARTIES IN INTEREST:**

A first amended disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by Murphy Ray Kittrell, Jr., ("the Debtor"), referring to a first amended plan under Chapter 11 of the Code filed by the Debtor, no objections having been filed, and it having been determined after hearing on notice that the disclosure statement contains adequate information,

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

A. The disclosure statement is approved.

B. The hearing to consider confirmation of the plan shall be held at Courtroom 329, U.S. Bankruptcy Court, 38 South Scott Avenue, Tucson, on **January 28, 2010, at 10:30 a.m.**

C. The last day for filing Ballots accepting or rejecting the plan is fixed at five (5) business days prior to the hearing date set for confirmation of the plan. DO NOT SEND originals or copies of ballots to the court. Ballots shall be sent to the plan's proponent at:

Murphy Ray Kittrell, Jr.
9420 East Golf Links, #164
Tucson, AZ 85730

| | |
|---|---|
| 1 | D. A copy of this order, the plan, the disclosure statement (or approved summaries thereof), any amendments to the plan, and a ballot conforming to Official Form No. 14 shall be mailed by the plan's proponent to all creditors, equity security holders, and other parties in interest, as provided in Bankruptcy Rule 3017(d). The plan's proponent shall file a certificate or affidavit evidencing such mailing. |

D. A copy of this order, the plan, the disclosure statement (or approved summaries thereof), any amendments to the plan, and a ballot conforming to Official Form No. 14 shall be mailed by the plan's proponent to all creditors, equity security holders, and other parties in interest, as provided in Bankruptcy Rule 3017(d). The plan's proponent shall file a certificate or affidavit evidencing such mailing.

E. Pursuant to Bankruptcy Rule 3020(b)(1), the last day for filing and serving written objections to confirmation of the plan is fixed at **five (5) business days** prior to the hearing date set for confirmation of the plan.

F. The proponent's written report, as required by Local Bankruptcy Rule 3018, is hereby ordered to be filed **three (3) business days** prior to the hearing date set for confirmation of the plan.

G. If the debtor is an individual, the above hearing date is the last date to file a complaint objecting to the discharge of the debtor pursuant to 11 U.S.C. §§ 1141, 523 and 727.

DATED AND SIGNED ABOVE.

COPIES to be sent by the Bankruptcy Notification Center ("BNC") to the following:

Murphy Ray Kittrell, Jr., Debtor